# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Darnell Dyson<br><br>*Defendant(s)* | )<br>)  Case: 1:21-mj-00200<br>)  Assigned to: Judge Harvey, G. Michael<br>)  Assign Date: 2/4/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 3, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession or Receipt of A Firearm or Ammunition By A Prohibited Person |

This criminal complaint is based on these facts:

See attached statement of facts, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Doyle, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 02/04/2021

G. MICHAEL HARVEY, U.S. Magistrate Judge
*Judge's signature*

City and state: Washington, D.C.

*Printed name and title*